835

No. 86–6911.　COLEMAN v. TOWNSHIP OF GEORGETOWN, DELAWARE.　C. A. 3d Cir.　Certiorari denied.

No. 86–6912.　COLEMAN v. SUSSEX COUNTY, DELAWARE. C. A. 3d Cir.　Certiorari denied.

No. 86–6913.　COLEMAN v. UNITED STATES DEPARTMENT OF THE TREASURY.　C. A. 3d Cir.　Certiorari denied.

No. 86–6915.　REIF v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir.　Certiorari denied.

No. 86–6920.　BOUDREAUX v. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA ET AL.　C. A. 5th Cir.　Certiorari denied.

No. 86–6922.　COMSIA v. MANGNONE ET AL.　C. A. 6th Cir. Certiorari denied.

No. 86–6924.　BECKER v. ILLINOIS REAL ESTATE ADMINISTRATION AND DISCIPLINARY BOARD ET AL.　C. A. 7th Cir.　Certiorari denied.

No. 86–6929.　GARDNER v. SODERMAN ET AL.　C. A. 6th Cir. Certiorari denied.

No. 86–6930.　GOFF ET AL. v. NIX, WARDEN, ET AL.　C. A. 8th Cir.　Certiorari denied.

No. 86–6931.　MORGAN v. CALIFORNIA.　Ct. App. Cal., 5th App. Dist.　Certiorari denied.

No. 86–6932.　HICKS v. MUNCY, WARDEN.　C. A. 4th Cir. Certiorari denied.

No. 86–6934.　WILLIAMS v. MARYLAND.　Ct. Sp. App. Md. Certiorari denied.

No. 86–6935.　BUTLER v. COLLINS ET AL.　C. A. 11th Cir. Certiorari denied.

No. 86–6936.　SARADETCH v. UNITED STATES.　C. A. 11th Cir.　Certiorari denied.